**Order entered January 25, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00939-CR

### OSCAR VLADIMIR HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-24510-J**

## ORDER

Before the Court is appellant's January 19, 2021 motion for an extension of time to file his reply brief. We **GRANT** the motion and **ORDER** the reply brief received with the motion filed as of the date of this order.

/s/     ERIN A. NOWELL
       JUSTICE